UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KALI KANONGATAA

                Plaintiff,

v.

COX MEDIA GROUP, LLC
COX RADIO, INC.
COX COMMUNICATIONS, INC.

                Defendants.

STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))

Case No.: 2:17-cv-00031-JFB-GRB

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Kali Kanongataa, and counsel for the Defendants, Cox Media Group, LLC, Cox Radio, Inc., and Cox Communications, Inc. that the parties have reached a settlement in principle and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

_____
Richard P. Liebowitz

Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 3/21/17

*Attorneys for Plaintiff Kali Kanongataa*

_____
Ian Goldrich

Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Tel: (212) 775-8700
IGoldrich@KilpatrickTownsend.com

Dated: 3/21/17

*Attorneys for Defendants Cox Media Group, LLC, Cox Radio, Inc. and Cox Communications, Inc.*

7